# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 2:23-cv-00580-APG-EJY

**Case Name** | JOSE DECASTRO VS. LAS VEGAS MTROPOLITAN POLICE DE

**Counsel submitting this form** | MICHAEL MEE, ESQ.

**Represented party/parties** | JOSE DECASTRO

*Briefly describe the dispute that gave rise to this lawsuit.*

This case concerns an arrest and use of force that Plaintiff contends were driven by retaliation for protected recording and speech, rather than by any legitimate law enforcement need. Plaintiff will present evidence that he recorded police activity in a public parking lot from a nonthreatening position, complied with directives to create space, and did not physically hinder any lawful police duty. Plaintiff further will present evidence that, after he was detained and handcuffed, officers applied force and pain compliance above that which was reasonably necessary. After trial, the jury found in favor of the defendants, and this appeal was filed.

---

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** | *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

Plaintiff now appeals the judgment entered upon the jury's verdict. The issues presented for review encompass several distinct but related matters. First, Plaintiff challenges the validity of the jury's verdict, contending that it is not supported by the weight of the evidence presented at trial and that the jury's findings cannot be reconciled with the record as a whole. Second, Plaintiff assigns error to the trial court's evidentiary rulings, both as to evidence that was admitted over his timely objection and as to evidence that was excluded despite his request that it be placed before the jury. Those rulings, Plaintiff submits, were not harmless, and their cumulative effect deprived him of a fair trial on the merits. Additional issues, including any that emerge from a full review of the record below, shall be identified and fully developed in the opening brief and such further briefing as the Court may require.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Post-judgment litigation for attorney's fees and costs is currently pending below and has not yet been ruled upon. No other action is pending in any other court.

**Signature** /s/ Michael Mee, Esq. **Date** 3-27-2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*