UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAY 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE DECASTRO,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,<br><br>    Defendants - Appellees,<br><br>STATE OF NEVADA, Dismissed per 85 and CITCO,<br><br>    Defendants. | No. 26-1594<br><br>D.C. No.<br>2:23-cv-00580-APG-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The motion (Docket Entry No. 8) for an extension of time to file the opening brief is granted.

The opening brief is due July 27, 2026. The answering brief is due August 26, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT