UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| JOSE DECASTRO,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,<br><br>      Defendants - Appellees,<br><br>STATE OF NEVADA, Dismissed per 85 and CITCO,<br><br>      Defendants. | No. 26-1594<br><br>D.C. No. 2:23-cv-00580-APG-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The motion (Docket Entry No. 10) for an extension of time to file the opening brief is granted.

The opening brief is due September 28, 2026. The answering brief is due October 28, 2026. The optional reply brief is due 21 days after the answering brief is served.

To facilitate timely submission of cases for decision, no further motions for extensions of time to file the opening brief will be granted absent extraordinary and compelling circumstances.

Failure to file the opening brief by September 28, 2026 may result in

dismissal of this case for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT